United States District Court
Southern District of Texas
**ENTERED**
November 20, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOE GAGGOS, JR., *Plaintiff,* | § § § | |
| V. | § § | CIVIL ACTION NO. 4:22cv0567 |
| WALMART DISTRIBUTION CENTER 7036, *Defendant.* | § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated October 30, 2023 (Dkt. 61) and a Letter filed by Plaintiff (Dkt. 62), which the court construes as objections thereto, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this court.

**SIGNED** at Houston, Texas this **20th** day of November, 2023.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE